# U.S. District Court

## Ohio Southern - Cincinnati

Receipt Date: Mar 11, 2026 3:00PM

Marina Drus

Rcpt. No: 100006665 | Trans. Date: Mar 11, 2026 3:00PM | Cashier ID: #BC (2328)

| CD | Purpose Code | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender Type | | | Amt |
|---|---|---|---|---|
| PC | Paper Check Conversion | #250 | 03/11/2026 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |
| | | | Total Cash Received: | $0.00 |

**Comments**: 1:26-cv-255 Filing Fee

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.